# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 21-1197**                                    **September Term, 2023**

**USTC-10084-16W**

**Filed On:** October 12, 2023

In re: Sealed Case,

**BEFORE:**     Wilkins, Katsas, and Walker, Circuit Judges

# UNDER SEAL JUDGMENT NOT AVAILABLE TO THE PUBLIC